UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JIMMY DONALD RANDOLPH,** ) | |
| ) | No. CV 07-7715-ODW(AJW) |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| **WARDEN,** ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: April 15, 2009

_____
Otis D. Wright II
United States District Judge